**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00413-CMA-KMT

DAVIN DOUGLAS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. # 39).  The Court having considered the Stipulation of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees and expenses.

DATED:  December  06 , 2010

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge